IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD MARKIEWICZ, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> NORTH PLATTE, NEBRASKA HOSPITAL CORPORATION, doing business as Great Plains Health, et al., <br><br> Defendants. | 4:22-CV-3199 <br><br> JUDGMENT |

On the parties' Joint Stipulation for Dismissal with Prejudice (filing 32), this case is dismissed with prejudice, each party to pay their own attorney's fees and costs.

Dated this 16th day of August, 2023.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge